No. 03–8699.  SMITH *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 03–8702.  PHIPPS *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 03–8705.  LAWRENCE *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 03–8707.  DEL VALLE, AKA LOZANO, AKA BARRERA *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 03–8713.  MATIAS *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 03–8715.  PEREZ *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 03–8717.  MAGALLON CEJA *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 03–8732.  WILLIAMS *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 03–762.  UNITED STATES *v.* SANTEE SIOUX TRIBE OF NEBRASKA.  C. A. 8th Cir.  Motion of Choctaw Nation of Oklahoma for leave to file a brief as *amicus curiae* granted.  Certiorari denied.

No. 03–778.  ANTI-DEFAMATION LEAGUE ET AL. *v.* QUIGLEY ET UX.  C. A. 10th Cir.  Motion of American Jewish Committee et al. for leave to file a brief as *amici curiae* granted.  Certiorari denied.

No. 03–781.  SHELTON *v.* UNITED STATES.  C. A. 5th Cir.  Motion of Louisiana Association of Criminal Defense Lawyers for leave to file a brief as *amicus curiae* granted.  Certiorari denied.

No. 03–8638.  HASSEL *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.  JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 03–8745.  ROBINSON *v.* CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 11th Cir.  Certiorari before judgment denied.